**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 98-30988**
**Summary Calendar**

**DWAYNE E. HASTEN,**

**Plaintiff-Appellant,**

**versus**

**CINTAS CORPORATION,**

**Defendant-Appellee.**

**Appeal from the United States District Court**
**for the Middle District of Louisiana**
**(97-CV-630)**
**August 16, 1999**

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of the briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated in the magistrate judge's Reasons For Judgment dated September 16, 1998.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except for the limited circumstances set forth in 5TH CIR. R. 47.5.4.